The Honorable Mark S. Davis
Unites States District Court for
   the Eastern District of Virginia
600 Granby Street
Norfolk, VA 23510

      Re: Shivam Patel - Allocution Letter

Dear Judge Davis:

     Everything crashed for me in the past two years, but I will detail a few events of my childhood and adolescence I believe are relevant because they shaped the identity and perspective I would develop as an adult.

     I was born in what I'd call favorable conditions.  I had long, hard-working parents who provided and cared for my older brother and myself.  I had above average academic performance in school and never had any disciplinary issues.  Around the time I entered middle school my parents found a small business opportunity in Rosedale, Maryland, a little disenfranchised city in Baltimore County.  Up until we moved, I had a purely suburban upbringing, so it was quite a culture shock.  Because of the lower standards, my academic performance was exceptionally above average.  A month into the 7th grade is when 9/11 happened.  It hit the Indian American community very hard because we were often targeted with misplaced revenge.  This was a very difficult time of my life. Listening to strangers tell my family "go back to your own country" became common.  Kids who were my friends in 6th grade suddenly stopped being my friends.  Bullying was an everyday thing. I learned to associate overzealous patriotism with aggression.  What happened shortly afterwards, combined with bullying, is what I think deviated my life from normalcy.

     Shortly after 9/11 I was diagnosed with cancer.  I was only twelve years old.  I was an obedient, sweet child to my family and an exceptionally high performing student at school so I couldn't fathom why it happened to me - why God had given me cancer. I decided God did not exist. The treatment ravished my mind and body.  The chemotherapy made me severely underweight. The radiation treatment discolored my skin and left me with hypothyroidism, which requires me to take a pill every morning for the rest of my life.  I think what hurt the most is the psychological and emotional damage the whole ordeal inflicted.  When I was initially diagnosed, my parents told me not to tell anyone of my diagnosis or treatment.  My cancer was a secret.   Their archaic and harmful reasoning was that if our Indian community found out I had cancer, no one would marry me when I got older.

     I became painfully afraid of the world.  I was ashamed of my emaciated body and my strange emotions and feelings.  I became a recluse.  My family tried, always aggressively, to make me normal like the other Indian American kids, but I was just too badly damaged inside, and they were always unaware of the pressure I was facing.  I needed healing, but they thought I needed disciplining.  I started experimenting with recreational drugs.  They found out.  Again, I needed healing, but they though I needed disciplining.  I mentioned earlier that I performed well in school, but my grades dropped in high school.  Teachers and staff loved me in elementary and middle

school, but if I had to guess, I'd say teachers in high school resented me. I didn't have behavioral issues, instead I attended school without the slightest regard for care for my education. My taste in music, movies, clothing, and video games took a dark turn. I was fully cognizant of this psychological change. I stopped caring about my future. I had given up on life.

By the time I was to enter college, I was still a mental and emotional wreck. My doctor prescribed me an antidepressant, Zoloft. I had a crazy reaction to the drug. After my second dose, I slipped into psychosis. I lost touch of reality. I experienced the hearing of voices, paranoid delusions, and suicidal thoughts. This was by far the worst experience I've ever endured. Two suicide attempts and two involuntary psychiatric admissions later, I came home and slowly, with the help of anti-psychotics, regained a state of mental stability. I learned that the reaction that I had was very rare, but does indeed happen and has happened to many other people. The doctors diagnosed me with psychosis and schizoaffective disorder.

While at university, I found it difficult to continue life without knowing why I had to suffer so much. I needed something to explain it all. The religion I was raised with, Hinduism, said that suffering came from karma, and that if I had to go through something like cancer and mental illness, it was because of my own sins, either in my present life or past life. I wasn't willing to believe this. Instead, I wanted to believe it all happened for a benevolent reason, and that God was with me through it all and had written it in my destiny for my own good. Islam appealed to my reasoning. I was not interested in the religious dogma or tradition associated with the faith, rather I was attracted to the mystical inner experience. It was a source of healing for me. I didn't tell my family of my new found source of healing. I kept my religious conversion secret. A year after the first psychiatric episode, I slipped into another episode. This time it happened after smoking pot.

It took me many years to finally earn a degree. I switched my major around too many times to count. I eventually settled on criminal justice. I picked this because I felt an obligation to provide goodness to the world. The exhilarative nature of the field was also very appealing. I am well aware that the accusations against myself now seem to contradict my interest to provide goodness and do right in the world, so I will connect the dots now.

After suffering so much in life, I had an overwhelming urge to find meaning and purpose in life. Virtually all young people go through this phase, but the difference between myself and the overwhelming majority is that I had very little regard for my own well being. I became obsessed with spirituality. It became a major source of healing for me. I was immersed in New Age spirituality, so things like meditation and enlightenment ruled my life. I absolutely resented the material world, but since we live in one, I applied to the emergency service related jobs to bridge the spiritual and material world. After months and months of applying for all kinds of jobs, I was still unemployed. I was even rejected from a 911 operator position. I speak with a clear American newscaster accent and type at 70 wpm, so this really frustrated me. Eventually, I got a job completely unrelated to my major. I was hired as an HR supervisor at Busch Gardens. It sounds great on paper, but it was part-time only and paid just $11.25 per hour. It seemed like I wasted my years earning a degree. It was around this time when my disapproval of the materialistic, provocative and shameful direction of society cemented into the forefront of my psyche. I tried my best to be less old fashioned. I pushed myself to embrace the age of liberation, but I couldn't follow

through without guilt and self loathing.  It was around this time that I met a few international employees at work who viewed the world similarly to myself.  For about 3-4 years until this point, I was fully immersed in the New Age spirituality and enlightenment movement, and the mild interest I had for Islam was specifically rooted in the mystical sect of Sufism, but after meeting the co-workers, I was inspired to commit to the more traditional practice of Islam.  By this, I mean I offered constant prayer and attended weekly congregational prayers regularly.  I also decided to fast for Ramadan, something I had never tried before.

It was a couple days into the fast that my family discovered my religious conversion. America doesn't know that but Hindus have held Islamphobic sentiments for centuries.  Naturally, my family was outraged.  They asked me to choose between them or my new found religion.  Like many misguided youth seeking meaning and purpose, I bit more than I could chew.  I chose Islam. My parents and extended family were displeased.  I went through an extremely stressful period.  My mental stability took another nose dive.  I was very clearly sinking into a sort of psychotic state.  It took on  religious expression this time.  Religious madness.  I shriveled down to less than 130 pounds again, something that has routinely happened every time my mental state deteriorated.  I stopped taking my medicine for hypothyroidism, the condition I acquired after radiation therapy. I rationalized that God would heal me, and that He was the best doctor.  I entered a paranoia where I felt malevolent spirits were tormenting me again.  These are all my hallmark consequences every time my mental state takes a nosedive.  Around this time is when an Islamic caliphate was announced in Iraq and Syria, and the world watched as henious attacks against innocent civilians spread like cancer.  Backlash toward the American Muslim skyrocketed, but this time with seeming political sponsorship that came with the rise of the presidential candidates.  Naturally, anyone "Muslim looking" was vulnerable to hate crimes.  In my delusional and psychotic state, I thought the great prophesied war between Muslims and non-Muslims was just around the corner.  I mentally prepared for it.  I watched the news in horror as Muslims and Muslim looking people were being attacked out on the streets.  I honestly felt like I could get gunned down on my way to Friday congregational prayer.  In my delusional state, I thought Muslims were on the verge of being treated like the Jews in Nazi Germany.  I needed to move out of America ASAP.  That's why I got the job in China.

Working and living in China was a tumultuous experience. The job was decent, the food was great, but the Chinese people absolutely resented me for the color of my skin.  The racial homogenousity of East Asia has left the region with the archaic notion that the whiter the better.  In hindsight, I realize I never gave the Chinese people or the job any chance for a positive experience.

After leaving China and while on the plane to Beijing I decided to see if the so-called Caliphate was legitimate.  On propaganda videos it was illustrated as an Islamic utopian society. The behavioral experts who are behind the videos emotionally blackmailed us by convincing us, the young and impressionable, that we would go to Hell if we stayed at home.  From what I read online, it would not be illegal to venture into ISIS territory.  It would only be illegal to fight for ISIS.  I didn't agree with the methods of aggression that ISIS was using so ISIS was completely out of the question.  Propaganda videos online expressed a call for all Muslims to fight in Syria to defend the honor of innocent Sunni women being raped by Basher Al Assads Shirite Army.  Many videos surfaced of innocent Syrian men, women, and children being oppressed, tortured, and killed at the

hands of the brutal regime.  It was absolutely incumbent for me to do something.  I had absolutely no intent or interest in in raping or pillaging anyone nonetheless, I felt disgusted to live in peace and quiet while innocents were dying in a blessed land.  I decided to embark upon the noble path of martyrdom for the sake of the oppressed.  I think if I had ever made it to ISIS territory and ISIS learned of my sincere intention, they would have killed me immediately.  If some of the Western backed and non terrorism entities like YPG or Ahraar Ash Saam had found me, I would have died a noble death in the way of justice.  I prayed to God to guide me to the good guys.  I figured I would live near or in ISIS territory and learn the local language while I earned a living teaching English over the internet.  I rationed that as the world came to an end, God would guide me to the true group and I would earn martyrdom.  I believed in a caliphate, but not the ISIS lead caliphate.  I envisioned a noble uprising with the ranks of ISIS with a subsequent passing of authority to a just, humane, non-terrorist authority.  In my grandiose fantasy, I was among the brave noble men facilitating this revolution.  Of course, to this point had done nothing to advance this fantasy.

Eventually I returned home to Williamsburg, Virginia.  The familiar and comforting environment brought my mind back to a normal state.  I got back to my normal weight of about 160 pounds, and I start taking my hypothyroidism medication again.  My family welcomed me with open arms.  Now clear headed, I began to comprehend the damage I had caused myself and my family.  I realized the craziness I put myself through was the antithesis of the godliness I was pursuing.  I let go of religion altogether and focused on making up for the pain I caused my family.  I abandoned my eccentric spiritual pursuits as well.  I attended the Hindu temple with my family again, not to be of faith, but to reconcile for my past aversion towards Hinduism.  All I wanted now was to make my family happy.  I reached the age of 27 and, as per tradition, they wanted me to consider an arranged marriage.  I happily agreed.  I also agreed to manage the family business full time in Williamsburg.  It seemed that things were going very well.  They encouraged me to apply to jobs again.  They were very pleased I had decided to take a role in the family business, it was something they had wanted me to do for over a decade, but instead I kept trying to find my own passions.  When I agreed to let go of my personal pursuit of happiness, and to learn to find value in growing the business they had worked so hard to launch, I think they may have felt that they finally got their son back.  I certainly felt it.  Anyway, as they wanted me to start considering potential brides for an arranged marriage, they encouraged me to get a good job - something that shows status.  Before this entire fiasco started,

hands of the brutal regime.  It was absolutely incumbent for me to do something.  I had absolutely no intent or interest in in raping or pillaging anyone nonetheless, I felt disgusted to live in peace and quiet while innocents were dying in a blessed land.  I decided to embark upon the noble path of martyrdom for the sake of the oppressed.  I think if I had ever made it to ISIS territory and ISIS learned of my sincere intention, they would have killed me immediately.  If some of the Western backed and non terrorism entities like YPG or Ahraar Ash Saam had found me, I would have died a noble death in the way of justice.  I prayed to God to guide me to the good guys.  I figured I would live near or in ISIS territory and learn the local language while I earned a living teaching English over the internet.  I rationed that as the world came to an end, God would guide me to the true group and I would earn martyrdom.  I believed in a caliphate, but not the ISIS lead caliphate.  I envisioned a noble uprising with the ranks of ISIS with a subsequent passing of authority to a just, humane, non-terrorist authority.  In my grandiose fantasy, I was among the brave noble men facilitating this revolution.  Of course, to this point had done nothing to advance this fantasy.

I arrived to Jordan.  I naively asked my cab driver his opinion of the conflict in Syria and the fighting groups.  He must have told the authorities because later that night I was arrested.  I stayed in jail for about four days.  There were 30-some guys in the holding tank of different nationalities.  Some of the Syrians happened to speak English fairly well.  One of them told me he escaped to Jordan because he didn't want to fight in the war.  Another Syrian told me of the chaos unfolding in the country, and also spoke of the destruction that ISIS was causing.  I asked one of the Syrians to tell me if it is true what I've seen in propaganda videos.  He confirmed the brutal treatment of citizens I saw on videos was legitimate.  One of the Syrians told me a gutwrenching, chilling account of an innocent girl being raped by the regime.  I told them I was here to defend their honor.  They were very touched by this.  We shared a heartfelt moment.  A Yeminite inmate also happened to speak English very well and joined our little English speaking circle.  He told me I was absolutely crazy for coming here.  He told me to just tell the authorities I was here to find a job and get circumcised.  That's what I did.

Eventually I returned home to Williamsburg, Virginia.  The familiar and comforting environment brought my mind back to a normal state.  I got back to my normal weight of about 160 pounds, and I start taking my hypothyroidism medication again.  My family welcomed me with open arms.  Now clear headed, I began to comprehend the damage I had caused myself and my family.  I realized the craziness I put myself through was the antithesis of the godliness I was pursuing.  I let go of religion altogether and focused on making up for the pain I caused my family.  I abandoned my eccentric spiritual pursuits as well.  I attended the Hindu temple with my family again, not to be of faith, but to reconcile for my past aversion towards Hinduism.  All I wanted now was to make my family happy.  I reached the age of 27 and, as per tradition, they wanted me to consider an arranged marriage.  I happily agreed.  I also agreed to manage the family business full time in Williamsburg.  It seemed that things were going very well.  They encouraged me to apply to jobs again.  They were very pleased I had decided to take a role in the family business, it was something they had wanted me to do for over a decade, but instead I kept trying to find my own passions.  When I agreed to let go of my personal pursuit of happiness, and to learn to find value in growing the business they had worked so hard to launch, I think they may have felt that they finally got their son back.  I certainly felt it.  Anyway, as they wanted me to start considering potential brides for an arranged marriage, they encouraged me to get a good job - something that shows status.  Before this entire fiasco started,

I was very interested in becoming a uniformed government employee, the USAF was most appealing to me. Managing a motel is a fairly respectable profession, but is painfully common to the Indian-American community. It doesn't command much respect. The plan was for me to become a uniformed officer, impress a family, marry their daughter, and then fall back on a much calmer and less chaotic position as the motel manager. Personally, I knew there was no way I could get a government job now having gone through FBI investigation, but my dad insisted I give it a try. Personally, I was more interested in law. My LSAT practice book I purchased after coming home was proof of that. My family needed me to get on board with marriage and settle down so I gave in. My dad called one of the FBI agents who was involved in my investigation and asked her if I was still eligible for employment in a law enforcement career. The agent replied affirmatively.

It seemed unrealistic but I tried anyway as my major was in criminal justice. I actually didn't completely believe my dad, but he was adamant of his truthfulness so I gave in. I started applying to law enforcement, fire department, probation, corrections, and Military Officer positions. The Army recruiter required me to submit a passport as part of the background check. My passport had a stamp on it so I decided to get a new one. I knew this was wrong and deceptive.

It was brought to my attention that I provided false information about my travel history - like lying about my passport. I lied not with malicious intent, but to speed up the process. I have proof of this, too. While I was busy applying to jobs, I applied to a few CIA positions online and disclosed my full travel history and even my religious history. I figured my crazy life may be of value to the CIA, that's why I applied. Why would I lie on one application and be honest on another? I figured the Army wouldn't waste their time conducting a full background check unless it was for a sensitive position. Obviously the CIA would investigate me inside and out so I disclosed absolutely everything there.

I want to emphasize that it was absolutely never my intention to cause or incite violence. I think the LE authorities who investigated my case also made a similar judgment of myself. If I was really another Orlando, San Bernadino, or Manhattan attacker, they would have arrested me when I first broke the law in December. Instead they let me roam free for 6 months to see if I would do anything. I didn't. Then they arrested me.

I got the idea of traveling to Syria to gain insight on the political situation from Brtish-Pakistani cleric, Anjem Choudhary. He said it was legal for one to live within ISIS territory if one did not fight for the group. I mentioned my familiarity with Choudhary to the UC on the plane and the UC in Dearborn, Michigan. I specifically mentioned a desire for a law-abiding way to stick it to the government to the Dearborn UC. I also mentioned a desire to travel there legally.

Though I've made comments that praised a few attacks of ISIS, after my mental health stabilized I retracted from such devious thinking. To be clear, I condemn all terrorist groups, including ISIS, Al Qaeda, and others. Instead of branding me a monster, I urge you to make a patient, rational inquiry into my introspection.

This isn't a platform for me to express my disapproval of U. S. Foreign policy, so anyway I will explain what was running through my mind when I spoke to the Dearborn UC. I spoke of

"blending in", which has been skillfully milked by the prosecutor to pin me as a terrorist waiting to strike. Instead, I was speaking of informing the public of the atrocities committed by Western forces against the M.E., while specifically not drawing L. E. attention. I wanted the public to know the taxes they pay and nation they have allegiance to has committed acts of aggression equal to those of the terrorists. There already are Muslims who go out on the streets and do this in places like the U.K., but they tend to be a bit extreme in flamboyancy. Something I wanted to avoid. I wanted to blend in. I wanted to find like-minded people to join me in this endeavor. I am not a terrorist, nor a terrorist sympathizer. I am an ally of peace, through and through.

This whole fiasco has put an enormous strain on my family and I, but still we are trying our best to pull through. Before my arrest I helped out with the family business, but because of my incarceration, my family has sold our business in Williamsburg and prematurely terminated our lease agreement to one of the properties in Newport News. Now we have just one property left in Newport News, the smallest of the three. I've had plenty of time to think about my life and future as a young, intelligent man who will now enter the world as a felon. I am confident in my ability to grow the family business when I get out. Luckily, being a felon doesn't matter in this regard. I am truly remorseful for the hateful and proactive comments I have made. While incarcerated, a minister from the South Eastern Correctional Ministry suggested I think of myself as being rescued instead of arrested. That is the attitude I will carry when I am released. Since my incarceration I have recommitted myself to following the religion of my family - Hinduism. I have had regular visits and correspondence with clergy from our local temple. Yes, I have inflicted deep wounds on to myself and my family, but I have faith that I can facilitate a healing that can permeate as deep as the wounds. I can turn my life around. I look forward to doing this. Thank you.

_____

Shivam Patel


_____

Date

Honorable Mark S. Davis
United State District Court
 For the Eastern District of Virginia
600 Granby Street
Norfolk, Virginia 23510


April 2, 2018

Re: Shivam Patel

Dear Judge Davis

I  have so many words to write for my son Shivam Patel, but your honor, I will never be able to say enough that will express the love I have for him in this short letter but I have to try. My love for him is never-ending, always growing, from-here-to-eternity, expanse of love that my heart holds for him as he is not only my son but my friend and I am his biggest fan!

My name is Rashmikant Patel, father of Shivam Patel residing in Williamsburg, VA since 2003. We legally became an immigrant in the United States in 1988 when I came here from India with my wife and older son of age 6. Shivam was born in Gastonia, NC in 1989.  After doing some labor jobs and facing struggle with odd jobs, we bought small motel business in Williamsburg and thankfully became very successful. Today, my wife and I live in joint hindu family with my Dad, Age 96, older son Age 35, his wife and two children and of course Shivam.  With my hobby of Singing, Williamsburg has welcomed me as a singer/performer by inviting me to perform in social and cultural events.

From childhood, Shivam was a very bright, polite and intelligent student with good communication skills. He always had soft spot about other people's feelings and cared deeply to not ever hurt a single soul with his action or words.  He is also an avid reader. His room is full with bookcases of various subjects.  Usually parents are the foundation of their children's knowledge and education, but in this case, I am never afraid to admit my knowledge of the English language and how to assimilate into American culture came mostly from Shivam. He used to and still does corrects my english mistakes and helps me to understand difficult vocabulary I deal with in my business or just in general day to day life.

At the age of 12 Shivam found by himself a lump in his neck which resulted in the diagnoses of  Hodgkin's stage 2 (cancer)  He went under treatments of chemo and radiation treatment.  He was in lot of pain but as he is a fighter, he never gave up.  I am proud to say he is a survivor of that dreadful disease for 16 years now. As a positive side of this, he learned to leave healthier life style with exercise and diet. He has inspired my entire family and myself to follow healthy life. We now have a good habit of choosing food without Trans fats, carbs and especially avoid processed foods. He encouraged us to join gym and exercise routinely.

Another passion Shivam follows is meditation and spiritual healing. He follows and also does lot of volunteer work for Ms. Elizabeth Pan who is his meditation and spiritual mentor and affectionately calls her "grandma". He introduced my family to meditation. Even while he is incarcerated now he has urged us to attend enlightenments ceremonies at her house. She is looking forward to Shivam attending his sessions along with us as soon as he returns home. It is now in this situation my family and I have discovered the benefits of meditation as it keeps us clam, relieves stress and keeps us focused.

From very young age Shivam has been computer geek! He has often troubleshooted various kinds of technical issues for me, my family and friends. He has contributed lot of his time towards my business by computerizing processes that I used to handle otherwise manually.

He made us so surprised when he decided to join me in my singing and performing. Him and I have now sang and performed together in many events in our community. People have enjoyed and appreciated his talent and ease with "tabla"(Indian instrument) and his deep melodious voice. He especially is very kind to the elderly crowd by honoring their requests of singing particular song. He understands that those few minutes of nostalgia can provide them home away from home feeling.

He is very hardworking and trustworthy in my motel business. Lot of times he had to be up in the middle of night to greet customers but his beautiful inviting smile never faded. He is a people person. He believes in "customer first" and always treats them as he would like to be treated. Lot of my repeat customers knows him by name and always tells me he makes them feel like home. I credit lot of my business success to him.

Your honor, due to Shivam's incarceration I had to sell one of my business that he used to help me run. In his absence my wife and I are not able to focus as we miss him so much. He was the backbone of my business. He is my baby and my lifeline.

I understand the distressing circumstances that Shivam faces. He has expressed his deepest regrets about his misconducts. He has assured us that this will never happen again. My family and I will fully support and love him in his path back towards correcting life. Along with my entire family, I am hoping, praying and wishing for the the best outcome for his case. Your honor, I really appreciate your time in reading my letter and giving this grieving father chance to express his feelings.


Respectfully yours,

Rashmikant S. Patel

Williamsburg, VA

757.

The Honorable Mark S. Davis
United State District Court
 For the Eastern District of Virginia
600 Granby Street
Norfolk, Virginia 23510

April 14, 2018

Ref: Shivam Patel

Dear Judge Davis,

My name is Jayshree Patel, mother of my youngest child Shivam Patel, for whom I am writing this heartfelt letter to offer a glimpse of Shivam's life. It is extremely difficult to put my thoughts in words, however, I hope your Honor, you will understand heartfelt feelings for my son.

Growing up, Shivam was very bright student and had excellent communication skills along with strong command of English language.  When Shivam reached his teen years, we bought our first business and Shivam acted as our 'translator' many times as we spoke broken English.  As time passed, Shivam continued to help and support us in our business while continuing his high school education.  He taught us very good communication skills and how to provide exemplary customer service.  Without his dedication and efforts to support his parents, our business would not be where it is at today.

One of the best moments I remember from Shivam's life is when he helped a customer, who was not able to pay his motel rent, requesting Shivam to help him by allowing him to stay an extra day.  Shivam has good heart so he helped that customer in his bad time and also one time he gave his food to one of customer who had nothing to eat. Seeing that, I felt very proud as a parent and amazed to see the humane side of my son.  He was living the values we had taught him.

I would like to share something about Shivam regarding how he helped us to live healthy life and get inner peace doing meditation and yoga. At the age of 12, Shivam first found lump in his neck. He did some research on his symptoms and suspected that he had tumor and it could be cancer. He spent countless long nights to learn more about it, to prepare himself for the worst outcome and read about the treatments. Unfortunately, when his suspicions came true as he was diagnosed with Hodgkin's lymphoma. His Oncologist was very surprised and impressed with his knowledge and homework Shivam had done regarding his condition. Shivam had made up his mind to give all his got and fight this cancer. He never gave up no matter how painful the treatments and therapy were. It has been said that positive attitude is winning half of the battle and in this case Shivam won the entire battle! He is now 15 years into remission and completely clear of this cancer. He taught us not to compromise

on our most important values - believing in ourselves and be determined. While starting his first year in college, he did not want to be detached from us. He started getting very nervous and felt anxious. He was given high prescription (Zoloft 50 mcr) to control his anxiety which in turn made him worse. He had to be hospitalized few times but again that fighter and survival instincts with in him kicked in. He fought to get his life and health back on track. He recovered. This is when he joined a meditation group which helped him a lot with his overall physical and emotional being and he found that inner peace. He found his balance. He is a living example for us to take things in stride, celebrate life, live healthy, find that inner peace and tranquility with the help of meditation and yoga.

During his schooling vacation time to college time until last day before he arrested, he helped in our business all the time. During that time he was applying for his field job but not response. I always tell him to just do our motel business but he wants to work in his field job and wants to add on his earnings in business. He always reminds us our story when we came in this country with $20 exchange money now we have our home and business, so I want to work hard and have my own home and business!

We all believe in good family values and proud of the fact that I live in a house where four generations stays together under one roof.   Shivam is very attached to his nephews and their well-being and always asks about their education and health.

Shivam knows that I was very distraught when he got arrested and feels very sorry for the poor choices he has made.   As a mother, I will help him to regain his self confidence and help him to stand back up on his own feet until my last breath.

Thank you very much for reading a mother's perspective.

Sincerely Yours,

Jayshree Rashmikant Patel
████████████████
Williamsburg, VA ████

757-██████████

The Honorable Mark S. Davis
United States District Court
For the Eastern District of Virginia
600 Granby Street
Norfolk, Virginia 23510

April 17, 2018

Ref: Shivam Patel

Dear Judge Davis,

This letter is my attempt to express my thoughts in words for Shivam, who is my old age support, my baby grandson; who always reminded me that I am still young!

My name is Shantilal Patel, living with my son Rashmikant Patel.

My wife (May God rest her soul) and I were present when Shivam born in Gastonia, North Carolina. We were very fortunate to be there for the birth of my baby grandson. Our culture tradition is that we (parents) always stay with son and take care of our grand children so when my son moved to Baltimore we moved with him. Shivam was raised in front of our eyes. When Shivam started his elementary school, I and my wife used to take care of him before and after school. In the mornings, we would make sure he did not miss his bus and when he came home after school, we gave him snacks to eat and tried our best to help him to do his homework. Since childhood, Shivam was very bright student in English and Math and enjoyed playing music. When we were away from him, he would always call us to see how we were doing and words "how are you grandpa" were very soothing to my aging heart.

When Shivam started driving, he took me to get my prescriptions refilled, for doctor visits and personal shopping. He always concerned about my personal health and diet and daily routine. He always encourages me to stay fit by walking and exercising. He is my personal fitness and health watch instructor. I always ask a question to Shivam, how long will you take care of me? And his answer was "Grandpa, I will take care of you until your last breath and not to send you in nursing home!" Just hearing these words made me realize how kindhearted, loving and caring grandson he is.

After hearing the news about Shivam getting into trouble with the law, I questioned myself and thought, what happened to my grandson who never lied in his young age, why he lied today? I always teach my children and grandchildren to stay away from shortcuts in life that will lead to hassle and pain. I also remind them that there is no substitute for hard work and today, my obedient grandson

took the wrong step. I know now he realizes his mistake and regrets his decisions and I am sorry on his behalf.

I am 96 year old, having total six grandsons and four grand daughters; my health is ok but I pray and wish to god to see my baby grandson back home before I close my eyes.


Sincerely yours,


Shivam's loving Grandpa,


Shantilal M. Patel
███████████████
Williamsburg, VA ████
443-█████████

The Honorable Mark S. Davis
United States District Court
 For the Eastern District of Virginia
600 Granby Street
Norfolk, Virginia 23510


April 8, 2018


Ref: Shivam Patel


Dear Judge Davis,

My name is Runjal Patel, age 36, Historical Interpreter at the Colonial
Williamsburg Foundation.  Shivam Patel is my younger and only sibling.  I was born in
India and came to the United States at the age of six with my parents. Shortly after that
Shivam was born. Even though I am the big brother, Your Honor, most of my life he is
the one who I have looked up to. He has been my support system, my friend and my
brother.

From very young age Shivam was a curious child. He had line of questions about
our culture, religion and the differences we used to experience through life at home and
school.  I used to try my best to answer his questions but some of his questions had left
me wonder myself of the things I didn't know even though I had six years in India but I
still too was a kid myself at a time. In the school, he was ahead of his class. His teachers
admired him.  When I was in high school, I needed to use computer a lot which was not
my comfort zone. Shivam, on the other hand, was a computer geek.  He not only guided
me but always was so cognizant towards my feelings and never made me feel less of my
shortcomings.

He holds a very caring and compassionate heart. He has been very involved in the
physical and emotional well beings of my two children, age 6 and 3. Because he is
educated and involved in the self-help community, he provides tips and pointers to
parental approaches that will empower my children. He believes in boosting them up and
making them confident instead of sharply criticizing and disciplining them, as is typical
of Asian cultural.  He was the first to alert us of the development difference of my 3 year
old. Later on we discovered that our child has Autism, which is what Shivam first
suspected but my wife and I as parents were too biased to notice. We will be forever
thankful to him. Both of my boys really love and adore him and miss him. We all miss
him so much.

Life hasn't been easy to my brother as he was diagnosed with Hodgkin's at the age of 12. He went through chemo, radiation and experienced such painful side effects due to them. As true fighter and survivor he is, he fought it with everything he had. All this happened while he was only a teenager. He overcame the dreadful disease but also went through anxiety during college time and family detachment. He fought that too (high prescription from doctor) and came out strong. He has learned to not take life for granted. He follows strict healthy diet and exercise routine. He motivates all of us in family to do the same and value each day as if it is our last.

My brother has a beautiful warm smile that wins anyone over. His heart always goes out for less fortunate. During one of our trips to India, when he used to see poor and homeless people, he gave whatever money he had in his wallet and bought them food. One of his biggest dreams is to travel around the world, experience and learn about different cultures and people. After his recent trip back from China, there was a big noticeable difference in his attitude and outlook. He started to spend more time with family; he joined us in family trips to the Hindu temple often. He also agreed to our parents wish for him to become involved with the family business and joined full time.

Your Honor, my brother has made mistakes. He is regretful and takes complete responsibility of his actions. Sir, he is only 28 with his whole life ahead of him. We love him, support him fully and will help him on the path of rediscovering his life. Sir, please grant him that light that will help him to pull himself out of the darkness. Please provide him and all of us hope, an opportunity to do right for himself. Sir, please give me and my kids chance to experience life with the brother and uncle he truly is.

I thank you for reading my letter and considering my request.

Truly yours,

Runjal R. Patel
▓▓▓▓▓▓▓▓▓▓
Williamsburg, VA ▓▓▓
757-▓▓▓▓▓▓

The Honorable Mark S. Davis
United States District Court
 For the Eastern District of Virginia
600 Granby Street
Norfolk, Virginia 23510

March 30, 2018

 Ref: Shivam Patel

 Dear Honorable Judge Davis,

      My name is Harikrishna Patel, I am a Civil Engineer an older brother of
Rashmikant Patel(Shivam's uncle), living in Baltimore, Maryland last 32 years.

      I am shaken by how difficult this letter is for me to write. Keeping my
emotions checked, I am making my best efforts to tell you little about my nephew,
Shivam Patel.  I wish there was an ideal place to begin, but where does one start
when our loved one's life is laid across someone else's table?

      What keeps me believing in him and loving him is the fact that he is a good
person that came from a good home. I feel silly writing that because it seems so
contradictory looking at what actually took place and mistakes he made.
However, it's the truth, and it still keeps my faith alive in him. I wish more than
anything that you, the man who decides his fate, could know him like I do. So a
little bit of Shivam that I know is where I will began.

      He was born in October, 1989 in a small suburban area of Charlotte, NC
called Gastonia. My daughter was also born in Gastonia in June 1989.  She was
the typical big sister, and he was a typical every other little brother to her.  Seeing
them bond and grow up as our first generation here in the United States was an
amazing feeling.  The way they both handled and adapted to the both cultures -
one at home and one outside of home was a learning experience for us as an
adults. These kids helped us lot to see and think outside of the box.

      Shivam was very compassionate boy. He absolutely loved birds and
animals. My lovely pet parrot 'Buddy" lived with me for 10 years and during these
years Shivam showed great care and affection towards him each time during his
visits. He even came especially to see Buddy to say his final goodbye when
Buddy got sick and we knew he wouldn't be able to make it.

Ever since the young age of early teen years Shivam has been very conscious of better living and Health. His dedication to eating right and working out has been a great motivation to me. Shivam also has very unique sense of humor. At my Mother's 90th birthday party, he made us all laugh and kept us entertained with his jokes and humor.

When he was in Baltimore 5-6 year ago visiting my family, he talked about wanting to help people in need, giving back to the community as means of his time and money.

I know it is difficult to convince someone what Shivam is to us and how we view him by just saying few things about him in this letter. If he is granted an opportunity to rectify his mistakes, we assure you that we will provide him our full support and love towards leading a better life and be a productive member of the society.

Thank you for your time in reading this letter. I hope you will recognize the power you yield with regards to the future of this gentleman and make a fair decision. I realize you have a huge amount of things to consider in this case and I hope I have not sounded like a nagging uncle. Thank you again for your attention.

Truly yours,

Harikrishna S. Patel

Baltimore, MD

443



**WILLIAMSBURG INTERNAL MEDICINE**



• Williamsburg, Virginia ▓▓ • (757)▓▓▓▓ • Fax (757)▓▓▓

Patricia L. Marcuson, MD
S. Kent Marcuson, MD
Pranav H. Parikh, MD
Robert P. Dunne, DC, FNP, PA-C, DFAAPA

**TPMG DIVISIONS**

**FAMILY MEDICINE**

**INTERNAL MEDICINE**

**SPECIALTIES & SERVICES**

AFTER HOURS CARE
AUDIOLOGY
CLINICAL RESEARCH
COLORECTAL SURGERY
DIAGNOSTIC CARDIOLOGY
ENDOCRINOLOGY
GASTROENTEROLOGY
GENERAL SURGERY
HERNIA CENTER
HOSPITALISTS
NEPHROLOGY
NEUROLOGY
NUTRITION SERVICES
OBSTETRICS & GYNECOLOGY
ONCOLOGY/ HEMATOLOGY
OPHTHALMOLOGY
ORTHOPEDICS/ SPINE
OTOLARYNGOLOGY/ ENT
PAIN MEDICINE
PEDIATRICS
PHYSICAL THERAPY/ STRIVE
PLASTIC &
   RECONSTRUCTIVE SURGERY
PODIATRY
PSYCHIATRY, BEHAVIORAL
   & ADDICTION MEDICINE
PULMONOLOGY
RHEUMATOLOGY
SLEEP HEALTH
SPORTS MEDICINE
UROLOGY
WEIGHT LOSS MEDICINE

**DIAGNOSTIC SERVICES**

IMAGING CENTER
BREAST CENTER
CENTRAL LABORATORY

www.mytpmg.com

Pranav Parikh, MD

March 25, 2018

Honorable Mark S. Davis
United State District Court
For the Eastern District of Virginia
600 Granby Street
Norfolk, Virginia 23510

Re: Shivam Patel

Dear Judge Davis,

I have been asked to write this letter in reference to Shivam Patel's character. I am an internist practicing as a primary care physician in Williamsburg, VA for last 15 years.

I have been Shivam's primary care provider for at least last 10 years. Along with this, I have been very close friend with his family and Shivam, hence I have multiple opportunities to get to know him from both professional and personal level.

From a professional perspective, Shivam has been a very compliant patient. At the age of 12, He has gone through the treatment for Hodgkin's lymphoma for which he had required treatment with the chemotherapy. He has had hypothyroidism and has been very compliant with his medications, and appointments. During the appointments, he behaves confidently, consciously and asks appropriate questions. He has always shown great interest taking care of his health issues. He is very health conscious about his well being and has been participating in various exercise programs including at the gym, yoga and meditations.

1



**WILLIAMSBURG INTERNAL MEDICINE**



• Williamsburg, Virginia ██ • (757)█████ • Fax (757)█████

Patricia L. Marcuson, MD

S. Kent Marcuson, MD

Pranav H. Parikh, MD

Robert P. Dunne, DC, FNP, PA-C, DFAAPA

**TPMG DIVISIONS**

**FAMILY MEDICINE**

**INTERNAL MEDICINE**

**SPECIALTIES & SERVICES**

AFTER HOURS CARE

AUDIOLOGY

CLINICAL RESEARCH

COLORECTAL SURGERY

DIAGNOSTIC CARDIOLOGY

ENDOCRINOLOGY

GASTROENTEROLOGY

GENERAL SURGERY

HERNIA CENTER

HOSPITALISTS

NEPHROLOGY

NEUROLOGY

NUTRITION SERVICES

OBSTETRICS & GYNECOLOGY

ONCOLOGY/ HEMATOLOGY

OPHTHALMOLOGY

ORTHOPEDICS/ SPINE

OTOLARYNGOLOGY/ ENT

PAIN MEDICINE

PEDIATRICS

PHYSICAL THERAPY/ STRIVE

PLASTIC &
    RECONSTRUCTIVE SURGERY

PODIATRY

PSYCHIATRY, BEHAVIORAL
    & ADDICTION MEDICINE

PULMONOLOGY

RHEUMATOLOGY

SLEEP HEALTH

SPORTS MEDICINE

UROLOGY

WEIGHT LOSS MEDICINE

**DIAGNOSTIC SERVICES**

IMAGING CENTER

BREAST CENTER

CENTRAL LABORATORY

www.mytpmg.com

From the personal level, He and his family are truly great asset to the local Indian community. Shivam  has always been courteous and respectful to the community. When there is a need to organize an event in the community, he and his family are always present and available to assist whenever asked. Shivam is a very hard working person and everyone in the community has a immense respect for him. He is a part of the community activities and contributes regularly to charity and other social events.  Shivam has developed a hobby in the singing Indian classical songs and has been an integral part of the community events. He has shared his talents of singing in large crowds.

I have also seen Shivam helping his parents running their motel business. Per his father, since Shivam had taken over the motel, the business had " flourished". Shivam has a good reputations with his clients and has been well liked by them. He has been described as a very caring person. He has always gone to extra mile to meet the client's need.

In summary, I can confirm that in the all the time I have known him, Shivam has been a reliable, trustworthy and a decent person.

Sincerely,

Pranav Parikh, MD

2

Hetal Peters

▬▬▬▬▬▬▬▬
Quakertown, PA ▬▬▬
Phone 215-▬▬▬▬

Sunday, March 25, 2018

The Honorable Mark S. Davis
United States District Court for the Eastern District of Virginia
600 Granby Street
Norfolk, Virginia 23510

Re: Shivam Patel

Dear Judge Davis:

I am Hetal Peters, an analyst by profession. I live in Quakertown, Pennsylvania, with my husband
of 17 years, Brian. Shivam Patel is my first cousin in relation as his father is my mother's brother.
I am 45 years of age, Shivam's eldest female cousin.

Shivam and I have an age gap and didn't exactly grow up together. Since I arrived from India in
my late teens, I have lived in Pennsylvania while Shivam grew up in Maryland and Virginia.
We've shared contact at family functions. Through his parents, Shivam knew of my close
relationship to my parents and all of the elders in the family. I was the first grandchild in our
generation. In the spring of 2015, my dad was diagnosed with non-Hodgkin's lymphoma. This
was unexpected as my dad was in perfect health otherwise. I was heartbroken and
overwhelmed with emotion as we began to process the scope of his illness. At the same time I
had to remain strong for him and my mom.

Shivam called one day. I was surprised. He told me that he found out about my dad's illness
through his parents. He expressed sympathy for my dad and told me to think positive. He told
me that there are a lot more survival stories than sad endings. He told me of one such story. You
see, Shivam was diagnosed with childhood Hodgkin's lymphoma at the age of 12. His parents
didn't disclose this to anyone. I was shocked and sad to know the suffering he experienced as a
kid. He told me to focus on the fact that he is a cancer survivor and leads a very heathy lifestyle.
I was floored by his bravery to reach out and share his experience so unselfishly, just to provide
motivation. He didn't have to share. He made sure that I understood the road to beating this
disease would not be easy for my dad and all of us caregivers, but with a positive attitude and
strong family support, my dad could do it. We all could do it. I cried as he listened while I
opened up about my fear of losing my dad. He followed up throughout my dad's treatments and
always provided me strong support. He led a prayer for my dad in a cancer survivors' prayer and
meditation group which he belonged. I am proud to say my dad is in full remission now for two
years. I will never forget the random kindness Shivam showed me during one of the most
difficult times of my life. I got to see his unselfish, pure, and brave heart. He helped even though
it meant reliving some of his own painful memories.

I understand that Shivam has made some mistakes. I believe he was misguided. Underneath the
surface is a very kind and generous heart. I felt compelled to write this letter to pay it forward.

One simple act of kindness may sometimes leave a big impact and can turn someone's life around. I hope that you will consider my letter and provide him an opportunity to write the next positive chapter of his life.

Sincerely,

Hetal Peters

Hetal Peters

The Honorable Mark S. Davis
United States District Court
 For the Eastern District of Virginia
600 Granby Street
Norfolk, Virginia 23510

Ref: Shivam Patel

Dear Judge Davis,

My name is Vinny Ronvelia, residing in Williamsburg since August 2001.  I met
Rashmikant Patel (father of Shivam Patel ) and his family in 2003 through the same
Musical interest as we both are professional singer.

During our performances together I met Shivam Patel as he had developed musical
interest and started singing with us in our Indian community
culture programs. Shivam had always been good, soft spoken and polite.  He was so
gentle and respectable towards the elder crowd during our events and friendly toward the
younger.  I had never seen him involved in fights or quarrels.   I also got to see him more
frequently at Jamestown REC. center where he came for workout mostly during evening
time, when my wife and I used to go for indoor walk. He used to always respectfully
greet us. He seemed to enjoy his work out there and also enjoy some of his friends'
company as he appeared friendly with them.

I have also seen Shivam Patel helping his parents in their family business. He seems very
caring person. Shivam Patel has always had respect of our community; my family is
dedicated to support this family.


Respectfully yours,

3/29/18

Vinay Ronvelia
Williamsburg, VA
(757)
March 20, 2018

Honorable Mark S. Davis
United State District Court
For the Eastern District of Virginia
600 Granby Street
Norfolk, Virginia 23510

March 26, 2018

Ref: Shivam Patel

Dear Judge Davis,

My name is Ratnam Patel and I am living in Williamsburg with my family doing hotel business since 1992. I came to know Rashmikant Patel and his family since 2003, when they owned business in Williamsburg. We become family friends and we often visit each other's house for karaoke nights and good food. Seeing Shivam and his dad sing encouraged my children to also join the fun and sing along with them. Mr. Patel is a reputable small business owner in Williamsburg.

I really feel sorry about Shivam Patel, who was very bright student in high school and he never had any issue or problem as per my knowledge. I hope this character letter of Shivam Patel might help you to determine his intelligence and caring personality.

Williamsburg has as very small, tightly knit, community of Indian origin Hindu people. It is a place where community people get together and celebrate all kind of cultural and social events. Ever since Mr. Patel and his family moved Williamsburg, he and his family helped organize social and cultural events. Mr Patel is good music singer and after a while, his son Shivam also started to participate in singing and entertaining with dad, while the community people enjoyed. Along with singing, Shivam has very good knowledge of health fitness. He shared his knowledge not only us, but also with everyone he knew, including young and old people.

I would like to share my best memory of Shivam, which is from my wife's 50th surprise birthday. We all planned to celebrate, but what to do was the big question. It was springtime; all our kids were home from school and college. Someone suggested doing musical event with Mr.Patel but he was out of town. We then asked Shivam do something and he came up with a very creative suggestion, which we all liked.

On the day of the party, Shivam arrived exactly ten minutes before with a big drum (Indian musical instrument called 'Dholak') that is mostly played during Bhangra dance event.  When we saw him, we were all exited and looking forward to see how birthday girl would react! As soon as my wife ring the bell, we all were silent. I opened the door and we all loudly said Happy Birthday to my wife Sangita.  At the same time Shivam came in from other side of room playing the drum with loud beats, my wife was a big fan of the beats, she was thrilled and we all danced for long hours on Shivam's drum beat. My wife then asked Shivam what she could do for him in return.  Shivam replied, "Your happiness is my gift" That day we all realized how caring Shivam was about others happiness.

I know whatever has happened, Shivam cannot erase it but if we can help him not to repeat this mistake again and will support him and his family to stand up again in community.

Sincerely yours,

Ratham Patel

Williamsburg, VA

(757)

Mrs.  Sangita  Patel

The Honorable Mark S. Davis
United States District Court
 For the Eastern District of Virginia
600 Granby Street
Norfolk, Virginia 23510

March 28, 2018

Ref: Shivam Patel

Dear Judge Davis,

My name is George Mathew. I am a real estate agent, residing in Williamsburg
last 13 years. I got in touch with Patel family when they were looking for home
in Williamsburg and became a good friend of Rashmikant Patel and family.
During our community events we became very close with entire family. They are
very impact small motel business owner in Williamsburg and Newport News.
Every member of the family was involved in the business and helped each other.

During frequent meeting with Patel family I have came to know their younger
son Shivam Patel, who was also taking care of front desk while Patel family were
busy doing other work. He was smart hardworking young boy studying in high
school and helping their parents. He was very friendly and respectful down to
earth young man that I have seen!

I have seen Shivam Patel very often, when he grew up and done his graduation
in B.S. in Criminal Justice in Virginia State University, Virginia. When I meet him
he always telling me that he is looking for his field job. Unfortunately he did not
get a job of his choice and got carried away due to peer pressure and did things
unlawful and I came to know that he regrets it very much and he is paying the
penalty for it.

Shivam Patel is very enthusiastic young man that I have seen while he used to
jog.  I meet him colonial Williamsburg Area when he moved in. He was very
health conscious and tries to be fit to get field jobs. He has a quality of teaching
right exercise and he taught me different techniques of meditation and yoga,
which today really helps me to take care of my health. He always shares his
good knowledge. He was very caring person. Also during cultural events I have
seen him a young man who joined with father helped him and taking part of
singing and giving a big contribution in community. These are the positive
qualities I have observed in Shivam Patel.

As a friend of Patel family I would like to give him full support and cooperation to this good hearted and friendly young man. Your honor, your decision can put his life back to the right path.

Respectfully yours,

George Mathew
Williamsburg, VA ███████
757 ███████
█████████████.com

**BAPS** Swaminarayan Sanstha®

# Shri Swaminarayan Mandir

●━━━━━━, Newport News, Virginia ━━━ Tel: (757) ━━━ Fax: (757) ━━━

March 5, 2018

The Honorable Mark S. Davis
United States District Court
   for the Eastern District of Virginia
600 Granby St
Norfolk, VA 23510

Re:  Letter of reference for Shivam Patel

Dear Judge Davis,

I am writing this letter in my capacity as the Newport News Center Coordinator of the BAPS Swaminarayan Sanstha organization (BAPS).  BAPS is a religious organization dedicated to community service, peace, harmony and above all spirituality.  Motivated by Hindu principles, BAPS strives to care for the world through a number of social and spiritual activities.  For its global activities, BAPS has received many accolades and holds a consultative status with the United Nations Economic and Social Council.

I came to know Shivam Patel and his parents Mr. Rashmikant Patel and Mrs. Jayshree Patel, ever since they started visiting the temple five years ago.  The family is dedicated and regularly attend the weekly assembly. They also volunteer in various temple activities.

Shivam is a very energetic youth with great potential.  He was actively involved in the temples singing group and used to play the *dholak* (traditional musical instrument).  Shivam is well-liked by all and respected by his peers.

During his incarceration, two BAPS monks who oversee the Newport News center visited Shivam twice at the Western Tidewater Regional facility.  Our monks counseled him and were very happy to see Shivam's focus and enthusiasm to being a good congregant and citizen.

In all the time that I have known him, I have always found Shivam to be a kind and helpful person.  Should you have any questions, please feel free to contact me at (757) 207-2606.

Sincerely,

Gunatit Patel
Center Coordinator

Regional Headquarters: 8━━━━━━, Piscataway, New Jersey━━ Tel: (732) ━━━ Fax: (732)━━━

Non-Governmental Organization in consultative status with the Economic and Social Council of the United Nations | www.baps.org

Manu Bhagat
███████████████
South Prince George, VA ████
804-█████████

April 2, 2018

Honorable Mark S. Davis
United State District Court
For the Eastern District of Virginia
600 Granby Street
Norfolk, Virginia 23510

RE: Shivam Patel

Dear Judge Davis,

My name is Manu Bhagat. I am a resident of Prince George County, Virginia and have resided here for the past 40 years. I am a small business owner in the hospitality sector.

I would like to introduce myself as Shivam Patel's grandmother's (maternal side) brother. I have known the Patel family from India and have got to know them very well since they came to the United States. I have known Shivam since his birth in Gastonia, North Carolina and have had the pleasure of seeing and interacting with him as he has transformed from childhood to adulthood. During Shivam's teenage years the Patel family moved to Williamsburg, VA and started a business. What impressed me the most about Shivam was his desire to help his parents in their business; he helped anyway he could to ensure success. He was very polite, hardworking and showed good communication skills. At that age, Shivam could be like any other teenager and be more interested in doing other things such as hanging out with friends, but he chose to help out; showed maturity at an early age.

I had more interaction with Shivam after he attended Virginia State University in Petersburg. I would have gatherings at my home for family and friends where he often attended. He would share his knowledge of health and meditation he learned with others. I remember the last time I met Shivam was before his graduation. I had a big barbecue party in which he was in attendance. He asked me questions about how I started in business and grew it over the years. From that conversation I felt he was interested in helping his parents to grow their business and he wanted to start his own in which he could give back to the community. Afterwards I came to know that Shivam planned on working in his field of study after graduation and still held a strong desire to serve the community. I was impressed and proud of Shivam.

I am aware of Shivam's current situation and pray to God to bless him and others that are affected by this situation. He is a good human being that got sidetracked. My family is ready to give him strong support when he gets back home and help show him the right path to be a good productive citizen.

Your honor, I really appreciate you taking time to read this character letter for my caring and intelligent grand nephew.

Sincerely yours,

Manu Bhagat

The Honorable Mark S. Davis
United States District Court
For the Eastern District of Virginia
600 Granby Street
Norfolk, Virginia 23510

03/28/2018

RE:  Shivam Patel

Dear Judge Davis,

I am the nephew of Mr. Rashmikant Patel and cousin of Shivam Patel and currently employed as a Manager of Data Engineering at LexisNexis.  I was there when Shivam was born in Gastonia, NC and have seem him grow up through the years.  Just like his dad, Shivam is known in our family for his caring nature, witty personality and ability to make people laugh.

I recall a time when a few of our family members had gathered for an occasion and in the evening, we were doing karaoke.  That night, to everyone's surprise, Shivam went from being a silent observer to singing a few songs.  The whole family could not believe that he had learned to sing 'Bollywood' (Hindi – National language of India) songs.  Shivam primarily speaks in English and to see that he had learned to sing fluently in Hindi was very surprising.  We all could not stop laughing and talking about it all night and even afterwards.

There was another time when Shivam and his parents visited my house after the birth of my son.  Shivam was very proud of being an 'uncle'; however, afraid of lifting a baby.  After I showed him how to carefully lift a baby, he picked up my son in his arms and made funny faces to make him smile.  Later that day, we were chatting and he asked me questions about the feeling of being a first time parent and how it changed me.  Even to this day, every time we talk, he asks me how my son is doing and wants to hear stories about him.

Despite the mistake Shivam made and resulting situation he is facing, I still believe Shivam to be an honorable individual and a valuable member of our family.  Additionally, my heart tells me that as he moves forwards with his life, he will emerge as a better person and a contributing member to society.

Sincerely,

Chirag Dalia
Chester Springs, PA
215-

March 26, 2018

Honorable Mark S. Davis
United State District Court
 for the Eastern District of Virginia
600 Granby Street
Norfolk, Virginia 23510

RE: Shivam Patel

Dear Judge Davis,

My name is Gira Patel, a graphic designer for NBC Entertainment in New York City. I have known Shivam Patel all my life. He is my cousin and our families lived in the same neighborhood until the mid-2000s. I am the youngest of my cousins and Shivam is second youngest, so we were very close during childhood. After his family moved farther away, we kept in touch frequently through online messaging. We treat each other like brother and sister. I know Shivam as an intelligent and caring person who is incredibly enthusiastic about learning and teaching others.

I am aware of the trouble Shivam is in and it pains me to see him in this situation. I hope this letter helps you understand how he is a kind, intelligent, young man who ended up in an unfortunate situation. This experience has given him some hard life lessons that he is already growing from.

For me, Shivam is a good person who didn't let me give up on my passions when others told me to. He was extremely supportive when I showed interest in pursuing the arts. South Asian culture often looks down upon studying art, so a lot of my family was not supportive. Shivam ignored what others thought and encouraged me to continue with art because he saw that I truly loved it. As a teenager, Shivam's love for learning new skills resulted in him being extremely computer-savvy. He taught me how to use computers, back when they were relatively new, and would always help me troubleshoot when I had computer problems. When I was 12 years old, he showed me a project he was working on in Adobe Photoshop and it changed my life. I began to teach myself how to use photo editing programs and Shivam would always share new techniques with me. This grew into a strong passion for graphic design, and it ended up being a successful career for me. I have Shivam to thank for introducing me to the design field at such an early age.

Lastly, Shivam truly understands that what he did was wrong. He was naïve and has shown regret in his actions, hoping to grow from this and move on with his life. Shivam has recently realized how hard his family worked to live the "American Dream" and he hopes to take

over his family's motel business, so his father can have a relaxing retirement after building a business from scratch as an immigrant. You have tremendous power in how Shivam's life could play out, and I sincerely thank you for taking the time to read this.

Respectfully yours,

Gira Patel

Brooklyn, NY ▇▇▇▇
Tel: 443▇▇▇▇▇

# SIMPSON ZHANG

 Arlington, VA ▮▮▮ | (410)▮▮▮▮▮▮

March 11, 2018

The Honorable Mark S. Davis
United States District Court
 for the Eastern District of Virginia
600 Granby Street
Norfolk, Virginia 23510

Dear Judge Davis:

I am writing this character letter on behalf of Shivam Patel. He is a good personal friend of mine, and I would like to speak in support of his numerous positive qualities.

I have known Shivam since we were children in elementary school. We grew up in the same neighborhood in the suburbs of Baltimore, and we were best friends for several years. I have very fond memories of playing together with him as a child. We spent a lot of time at each other's houses, playing games and having all sorts of adventures. He was an incredibly fun, energetic, and exciting kid to be around.

Shivam eventually moved away from my neighborhood before high school, and for many years my interaction with him was limited. In 2016 however, I moved to the D.C. area for work, and Shivam later contacted me to meet up with him as he was living close by in Virginia.

During 2017, I was able to meet up with Shivam several times. It was really refreshing to see him again after such a long time apart. My experiences with him were very enjoyable, and I immediately felt the same friendliness in him that was there all those years ago. One time, he invited me to stay at his family's motel (for free) in Williamsburg for the weekend. He warmly showed me around the area, and we went to one of his favorite spots, the neighborhood rec center, to play table tennis. Another time, he came to visit me at my apartment. We lifted weights, and he kindly coached me on the proper technique. He's a really dedicated personal fitness buff, and he was both knowledgeable and patient as he taught me.

Throughout my time with him, I really appreciated his openness and honesty. He was very forthright about his personal beliefs, and was willing to openly talk about even the greatest difficulties that he's faced in his life. I came to realize that Shivam's difficult life experiences had dramatically shaped his outlook on life and made him an extremely deep and spiritual person. As a teen, Shivam fought a battle with cancer (Hodgkin's disease). I can only imagine how painful that experience must have been to endure at a young age, and I think the experience really made him appreciate the sanctity and preciousness of life. He has a tremendous drive within him to live a deep and meaningful life.

Shivam also mentioned the difficulties in finding employment in his area. Although he enjoys living in Williamsburg near his family, the employment prospects have been quite limited and he has had difficulty finding traction in his career. At the time that I was meeting with him, he was still working part-time at his family's motel. However, he has a deep drive within him to live a fulfilling life, and I could sense the ambition within him to achieve. He has many ideas, such as expanding his family's business or creating a new startup. I think he definitely has the capability to pursue these opportunities in the future and also give back to his community.

Finally, Shivam has an incredibly deep connection with his family. He has great respect for his father, who runs the family motel business and is the man he considers his personal hero. He lives near his older brother's family, and Shivam's face lights up when he is around his young nephew. He told me the day his nephew was born was the happiest of his life. His love for his family is incredibly touching, and I know Shivam will work hard on their behalf in the future.

In conclusion, Shivam is a great and caring friend, a thoroughly spiritual and kind person, and a positive force for his family and community. It's been a pleasure to know him, and I know he will have many contributions in the future. I thank you sincerely for your time and consideration of my input.

Sincerely,

*Simpson Zhang*

**Simpson Zhang, PhD**

2



**Patricia E. MacKenzie**
**Scottish-Éire Farms**
████████████
Green Bay, Virginia  █████
434.█████████ - mobile

February 13, 2018

The Honorable Mark S. Davis
United States District Court for
   the Eastern District of Virginia
600 Granby Street
Norfolk, Virginia 23510

Dear Judge Davis,

I have had the privilege to know Shivam Patel since July of 2014; to work with him during his summer Criminal Justice degree program college internship in 2014; and, to participate with him in an adventure rescuing kittens from storm drains and other kitten tales.

I was the Information Systems Manager at Petersburg Bureau of Police, Petersburg, Virginia, from January 2011 until November 2015.  During Shivam Patel's 2014 Criminal Justice summer internship, he worked under my direction in the IT Department for several weeks.  I found Shivam to be extremely bright and personable, interacting in a friendly and courteous manner with everyone in the Police Department.  Shivam answered computer hardware and software questions with ease, and when he didn't know the answer he brought the person to one of the IT staff, explained the problem, and then stayed to learn the answer.   In addition, every task I gave him he performed above and beyond expectation.  Shivam and I became friends while eating lunch together most days; chatting about his aspirations, my life's experiences, and life's intangibles.  I found Shivam to have a superior intellect and a curiosity that was not unlike my own when I was his age and even younger.  At the end of Shivam's internship he told me about a mother cat and her kittens that lived in a storm drain near his apartment; he was concerned the cats would drown during a heavy rain and he asked if the City of Petersburg had a capture program; if they did, he would like to adopt one of the kittens.  Not knowing the answer to whether the City had a capture program, I asked the head of Petersburg Animal Care and Control and was told they only capture dogs.  So, Shivam decided to try the capture on his own.  I loaned him a pet taxi and explained how I had successfully captured feral cats and kittens in the past.  Shivam captured both kittens but was not able to capture their wily mother despite repeated attempts.  His care and concern for these animals made me greatly admire him.

Shivam and I kept in touch over the years and the last time we had lunch together Spring of 2017, I knew he was down.  I know he was struggling to find a job in his chosen field of study; not even getting invited for interviews, and I know that his ethnicity played a big part.  Knowing how bright he is, I, also, believe working with his father in motel hospitality was mind numbing for him.

I have known many young people – I taught college for nearly seven years; Shivam Patel is a good and decent young man.

Sincerely,

*Patricia E. MacKenzie*

Patricia E. MacKenzie

The Honorable Mark S. Davis
United States District Court for the Eastern District of Virginia
600 Granby Street
Norfolk, Va. 23510

March 5, 2018

Re:  On Behalf of Shivam Patel

Dear Judge Davis,

My name is Elizabeth Pan and I voluntarily offered to write this letter on behalf of
Shivam Patel with the intention of sharing what I know about him and in the hope
that what I am able to share about Shivam would have a place in the deliberations
of his innocence and guilt, punishment and freedom.

I met Shivam when he first came to my house in 2014 to attend a spiritual process
for healing and transformation.   There are not too many 20 year olds who attend
events for spiritual growth and even fewer males.   Shivam got my attention.
When I learned that he lived in Williamsburg which, on a good day, is at least 3
hours away,  I was impressed by what I saw in Shivam.  A passion to know his true
self.

Shivam came to many of my classes over the years and these occasions gave me
opportunities to get to know him.   In addition to having him in my classes, I also
got to know him through his volunteer work…he helped me set up THE HEALING
HOUR, a program for people who needed physical, emotional and spiritual
healing.  At the end of the HEALING HOUR, Shivam would chant an ancient prayer
in Sanskrit.  Although no one understood the words, the chant was powerful and
moving.

I found Shivam to be:

> *intelligent…he is a quick learner and problem solver
> *thoughtful…he takes his time to think things through before speaking up
> * curious…he asks a lot of questions
> *passionate…about the things he is interested in, mostly spiritual
> *shy and naïve…about girls

*articulate ...about his views on life

Shivam has a skill with computers that could serve as a way for him to make a living but he chose to apply for a job as a fireman. To meet the physical requirements for this kind of job, he worked out at the gym daily. He also applied for jobs in the law enforcement field, including jobs in penitentiaries. He got a few interviews and no job offer.

Like many college graduates especially minorities, Shivam could not find a job based on his education. He had no job experience other than helping out in the family business in the hospitality industry. Being unemployed led to restlessness and a desire to find a wife and settle down.

I have been in regular communication with Shivam in the last few months. He is meditating, exercising, reading .....his family visits weekly and we talk and write regularly. He calls me "Lola" which in my language, means " Grandmother."

I was not asked to write this letter...I volunteered to do it. Although Shivam was born in the US, he is born to immigrant parents. I too am an immigrant and this country has been good to me. Shivam may make a contribution to this country in ways that we may not even envision today, if  given chance.

*Elizabeth Pan*

Elizabeth Pan, Phd

Oakton, Va.

703-

The Honorable Judge Mark S. Davis
United States District Court
For the Eastern District of Virginia
600 Granby Street
Norfolk, Virginia 23510

04/10/2018

Ref: Shivam Patel

Dear Judge Davis,

My name is Shilpa Akhani and I currently reside in Richmond, Texas. I have known Shivam Patel for most of my life, as we are 1st cousins from maternal side. We have spent many summer vacations together as he would come to stay with us in California at my parents place. We all believe in good family values and proud of the fact that I live in a house where four generations stays together under one roof. And Shivam too lives with parents, grandparents, brother and his family as joint family. He is very attached to his nephews and their well-being and always asks about their education and health.

As kids, we have attended many religious activities at temple. He is very soft spoken, polite, kind, respectful, and cheerful person to be with. He is very helpful person in household chores as well as to his grandparents. I recall an incident in my life where Shivam stood by me and supported me. Growing up in traditional Indian family, my parents believed in arrange marriages. And growing up in America I have lived up to make my own choices, even when it comes to finding life partner. My parents did not agree with me. Shivam came in full support to our family and making my parents understand love has no boundaries.

I would like to share one of my personal favorite and funny memory of Shivam from our school days. In high school days I was on little heavier side, so Shivam use to point at my fat under my arms and always use to say "Peanut Butter Jelly" to motivate me to lose weight. It was done in such humorous way with funny faces I can still reminisce that to my husband and to my kids. There are many more memories that we cherish with Shivam.

Shivam knows that I was very distraught when he got arrested and feels very sorry for the poor choices he has made. I have seen my aunt and uncle go thru great trauma with this incident. We are all trying to be positive and to put this behind us and have brighter future ahead of us.

As a cousin, I will help him to regain his self-confidence and help him to stand back up on his own feet.

Thank you very much for reading a sister's perspective.

_Shilpa_   4/20/2018

Shilpa Akhani
███████████████
Richmond, TX ████████
562-████████

Albert L. Randall

██████████████

Williamsburg, Virginia ████

(757)██████

February 27, 2018

The Honorable Mark S. Davis
United States District Court
for the Eastern District of Virginia
600 Granby Street
Norfolk, VA 23510

Re: Shivam Patel

Dear Judge Davis,

The purpose of this letter is to provide a character reference for Shivam Patel, whom I have known as a neighbor to his parent Rashmikant Patel residing at ████████████, Williamsburg, Virginia ██████ since October 2009.

I have had the pleasure to talk to Shivam on occasions when he was home from school or work. Our conversations were about what he wanted to do in life and his ambitions. He expressed a sincere desire to be a Firefighter and work with Emergency Medical Services. We discussed his concerns about being hired and having the chance to do the job that he so much wanted. I observed how he worked on achieving his goal to be a Firefighter by training in his yard pulling and lifting weights, trying to prepare himself for the job that he wanted to obtain. I gave him the name of Fire Departments to apply to which, I thought would help him achieve his goal. Shivam in all of our conversations was very pleasant and respectful. I enjoyed talking to him because I like talking to younger people to get an idea of what their goals are and to encourage them to work on achieving their goal, to be something in life, and to be a good citizen. I have had the same conversations with my son, reiterating without a goal there's not much to look forward to in life.

As a neighbor, Shivam has always been friendly and polite. He has been immensely dedicated to his family and to achieving his goals.

Sincerely,

*Albert L. Randall*

Albert L. Randall

Tushar U. Gajjar, MD
███████████████ Williamsburg, Va

Honorable Mark S. Davis
United State District Court
For the Eastern District of Virginia
600 Granby Street
Norfolk, Virginia 23510

March 19, 2018

Re: Shivam Patel

Dear Judge Davis,

My wife and I are writing this letter in support of Shivam Patel. We have lived and raised our family in Williamsburg, Va since 1999.

We have known Shivam since shortly after his family moved to Williamsburg. He was a young teenage boy at that time, helping his family in their motel business. Since then we have seen him develop into a respectful, hardworking, dedicated young man.

Our experiences with Shivam have always been positive. He has always been very respectful and courteous. Based on our observations, he has remained in touch with the Indian community here in Williamsburg and Hampton Roads area and participated in various cultural and community activities.

We typically have periodic gatherings celebrating various hindu traditions and holidays. We would often see Shivam at these events and have an opportunity to catch up with him as far as how he was progressing towards his goals in terms of education and career.

As he became older, he continued to participate in social activities within the community which were intended to remind youth about their heritage and cultural background. He was helpful and quick to lend a helping hand whenever asked. He had also taken an interest in karaoke and would often times participate in these public events where participants would sing songs from classic and recent Indian movies helping many keep in touch with Bollywood. There were often greater than 100 persons attending.

We hope this helps shed some light on Shivam's character and personality from our standpoint.

Sincerely,

Tushar Gajjar, MD

Mrs. Piyusha Gajjar