ORIGINAL

UNITED STATES GOVERNMENT

MEMORANDUM

DATE: August 10, 2018

REPLY TO
ATTN OF: T. Brown
Clerk's Office
United States District Court
Norfolk, Virginia

TO: Andrew C. Bosse, AUSA
United States Attorney's Office
Norfolk, Virginia

SUBJECT: Release of Exhibits

RE: CRIMINAL NO. 2:17cr120
UNITED STATES OF AMERICA v. Shivam Patel

Pursuant to Local Rule 55, as amended September 1, 2000, the following exhibits entered in the above case are available for release to the United States Attorney:

SEALED Paper Exhibits from Sentencing Hearing 6/4/18 – attached

Please acknowledge receipt of these exhibits and return the original memorandum to the Clerk's office within ten (10) days from the above date.

Fernando Galindo, Clerk

BY: _____
T. Brown, Deputy Clerk

_____          8/13/18
Andrew C. Bosse, AUSA           Date